IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARCUS DASEAN BARRINGER,　　)
　　　　　　　　　　　　　　　　)
　　Plaintiff,　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　Civil Action No. 3:21CV192–HEH
　　　　　　　　　　　　　　　　)
PRINCE WILLIAM ADULT　　　　　)
DETENTION HOME, *et al.*,　　　)
　　　　　　　　　　　　　　　　)
　　Defendants.　　　　　　　　 )

### MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on April 13, 2021, the Court conditionally docketed Plaintiff's action. On April 29, 2021, the United States Postal Service returned the April 13, 2021 Memorandum Order to the Court marked, "NOT HERE–RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　HENRY E. HUDSON
Date: May 19 2021　　　　　　SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia